UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ANTONIO BEASLEY                         NOTICE OF MOTION
3910 Caird Lane                         For APP. of ARBITRATOR
Chattanooga, TN.
37415
Ph# 423-505-8449
beasleyantonio784@gmail.com

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF
TENNESSEE AT CHATTANOOGA

ANTONIO BEASLEY,
        Plaintiff.                      Case # _____
V.
AMAZON COMPANY, JEFF BEZOS
        Defendant.

NOTICE OF MOTION
MOTION FOR APPOINTMENT OF
ARBITRATOR

PLEASE TAKE NOTICE that on __05/05__, 2025, at 9:00 am or as soon thereafter as the matter may be heard in Department [#] of the above-captioned Court, located at Eastern District of Tennessee

900 Georgia Avenue, Chattanooga Tennessee, Antonio Beasley, ANTONIO BEASLEY will, and hereby does, move the Court, ~~hereto~~ for an order appointing an arbitrator pursuant to applicable law, e.g., 9 U.S.C. §5 or state equivalents.]

This motion is made on the grounds that:

1. The parties entered into a valid arbitration agreement;
2. The arbitration agreement does not specify a method for appointing an ~~the~~ arbitrator, or the agreed method has failed
3. The parties have been unable to agree on the selection of an arbitrator; and
4. Judicial Intervention is necessary to facilitate the Commencement of arbitration proceedings.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of ANTONIO Beasley vs. Amazon/Jeff Bezos, the arbitration agreement attached as (Exhibits 1-10), and Ex.2 further evidence or argument presented at the hearing.

Date: 05/05  2025
Respectfully Submitted, /s/ Antonio Beasley
ANTONIO BEASLEY

CERTIFICATE OF SERVICE

I hereby Certify that on this 05/05 2025, a true and Correct Copy of the foregoing Notice of Motion for Appointment of Arbitrator was Served Upon defendant pursuant to 28 U.S.C. § 1746. See all attached Ex. MTCA

Futhey Law Firm PLC
1440 Poplar Avenue
Memphis, Tennessee 38104

See Attachment Ex. 1 / Ex. 2.
1-13
Hamilton County, Chattanooga Tennessee

/s/ Antonio Beasley
ANTONIO BEASLEY
Date 05/05  2025